ESTHER J. PALMER, Respondent, *v.* REUBEN G. BREWER et al., as Executors of ANN E. PALMER et al., Defendants, and MARY L. PALMER et al., Appellants.

Reported below, 151 App. Div. 892.
(Argued September 30, 1912; decided October 8, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 29, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to set aside probate of the alleged will of Ann E. Palmer, deceased.

The motion was made upon the ground that no question of law was involved in the appeal, the exceptions being frivolous.

*Clifford C. Roberts* for motion.

*Carl S. Stern* opposed.

Motion denied, with ten dollars costs.